UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

Beth Berger

            Debtor

Case No.:
Chapter 7

**DEBTOR'S DECLARATION OF INCOME**

Beth Berger, declare under penalty of perjury as follows:

I, Beth Berger am an administrative worker and babysitter I receive approximately $1,335 average for the last six month. I also receive a family contribution of $2,000 a month.

I submit this declaration in lieu of payment advices.

**WHEREFORE**, upon the reading of this affirmation and review of the supporting documents we respectfully request the Trustee recommend my petition for discharge.

Dated: Brooklyn, New York
       May 19, 2014


<u>S/ Beth Berger</u>